IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRI-DAM, | ) | 1:11cv02138 AWI DLB |
| | ) | |
| | ) | ORDER VACATING |
| Plaintiff, | ) | SCHEDULING CONFERENCE |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREANA MICHAEL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Tri-Dam filed this action on December 27, 2011.  Defendant Andreana Michael has not appeared in the action, however, and it appears she may be in default.

Accordingly, the Court VACATES the April 3, 2012, Scheduling Conference.  Plaintiff should consider requesting an entry of default.

IT IS SO ORDERED.

Dated:   March 19, 2012              /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

1