**PARR LAW GROUP**
SHAWN R. PARR (SBN 206616)
1625 The Alameda, Suite 900
San Jose, California 95126
Telephone: (408) 267-4500
Facsimile:  (408) 267-4535

Attorneys for Defendant
ANDREANA MICHEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREANA MICHAEL,<br><br>　　　　　Defendant. | Case No.:  1:11−CV−02138−AWI−DLB<br><br>ORDER on<br>STIPULATION TO SET ASIDE<br>DEFAULT AND GRANT LEAVE TO<br>FILE ANSWER OF DEFENDANT |

**ORDER ON
STIPULATION TO SET ASIDE DEFAULT AND
TO GRANT LEAVE TO FILE ANSWER OF DEFENDANT**

　　　The parties, having agreed to the terms set forth in the Stipulation to Set Aside Default and to Grant Leave to File Answer of Defendant, are bound by the terms of their stipulation.   The Stipulation to Set Aside Default and to Grant Leave to File Answer of Defendant, Docket Number 10, is hereby approved and made an order of the court.

IT IS SO ORDERED.

　　　Dated:   **April 16, 2012**　　　　　　　　　／s／ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

ORDER on STIPULATION TO SET ASIDE DEFAULT AND TO
GRANT LEAVE TO FILE ANSWER OF DEFENDANT

Parr Law Group
1625 The Alameda
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Parr Law Group
1625 The Alameda
Suite 900
San Jose, CA 95126
Ph 408-267-4500
Fax 408-267-4535

2

ORDER on STIPULATION TO SET ASIDE DEFAULT AND TO
GRANT LEAVE TO FILE ANSWER OF DEFENDANT