DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
THOMAS E. MARRS (Bar No. 252485)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
kseibert@downeybrand.com
tmarrs@downeybrand.com

Attorneys for Plaintiff
TRI-DAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TRI-DAM,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREANA MICHAEL,<br><br>            Defendant. | Case No.  1:11-CV-02138-AWI-SMS<br><br>**STIPULATION AND ORDER TO REOPEN NON-EXPERT DISCOVERY FOR LIMITED PURPOSE** |

Plaintiff Tri-Dam ("Tri-Dam") and defendant Andreana Michael ("Michael"), by and through their respective counsel of record, hereby submit the following Stipulation and Proposed Order To Reopen Non-Expert Discovery For Limited Purpose.

**RECITALS**

1. This action commenced on December 27, 2011, with the filing of Tri-Dam's Complaint.

2. The Complaint seeks a permanent injunction against Michael related to shoreline improvements on real property she owns in Calaveras County ("Subject Property").

3. The Court's Scheduling Order provided for a February 15, 2013, non-expert discovery deadline, and a January 22, 2014 trial date.

4. On February 15, 2013, based on the parties' stipulation, the Court continued the

1  non-expert discovery deadline from February 15, to March 12, 2013, for the limited purpose of
2  completing previously served discovery.

3      5.    On March 12, 2013, Michael served her responses to Tri-Dam's request for
4  production of documents.

5      6.    On May 2 and 3, 2013, Michael produced the documents responsive to Tri-Dam's
6  requests, and Michael's counsel informed Tri-Dam's counsel that the production included all
7  responsive documents in Michael's possession.

8      7.    In order to avoid burdening the Court with motion practice, the parties agree to,
9  and believe good cause exists for, a reopening of non-expert discovery for the limited purpose of
10 Tri-Dam serving subpoenas to Michael's real estate agent and the title company for records
11 related to Michael's purchase of the Subject Property.

## **STIPULATION**

13 Based on the foregoing recitals, Tri-Dam and Michael hereby STIPULATE that:

14     1.    Non-expert discovery is reopened for the limited purpose of Tri-Dam serving
15 subpoenas to Michael's real estate agent and the title company for records related to Michael's
16 purchase of the Subject Property.

17     2.    The reopening of non-expert discovery for this limited purpose will not affect any
18 other deadlines in this action.

19     3.    All remaining dates and deadlines as set by the Court in its Scheduling Order, as
20 subsequently modified by the Court's February 15, 2013, order, are otherwise unaffected by this
21 Stipulation and Proposed Order.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3   DATED:  May 28, 2013                    DOWNEY BRAND LLP

5                                           By:      */s/ Thomas E. Marrs*
6                                                    THOMAS E. MARRS
                                                     Attorney for Plaintiff TRI-DAM

7   DATED:  May 28, 2013                    PARR LAW GROUP

10                                          By:      */s/ Shawn R. Parr (as authorized on 5/24/13)*
11                                                   SHAWN R. PARR
                                                     Attorney for Defendant
12                                                   ANDREANA MICHAEL

**ORDER**

This matter came before the Court on the Stipulation and Proposed Order To Reopen Non-Expert Discovery For Limited Purpose.  For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT non-expert discovery is reopened for the limited purpose of Tri-Dam serving subpoenas to Michael's real estate agent and the title company for records related to Michael's purchase of the Subject Property.

IT IS SO ORDERED.

DATED: 5/28/2013                               /s/ SANDRA M. SNYDER
                                               UNITED STATES MAGISTRATE JUDGE