# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM, | 1:11-cv-02138-AWI-SMS |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| ANDREANA MICHAEL, | (Doc. 26) |
| Defendant. | |
| _____/ | |

Plaintiff Tri-Dam has filed a motion for summary judgment, set for hearing on Monday, September 30, 2013. Defendant Andreana Michael has filed an opposition. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of September 30, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 27, 2013                         _____
                                                    SENIOR DISTRICT JUDGE