# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM, | 1:11-cv-02138-AWI-SMS |
| Plaintiff, | **ORDER VACATING FUTURE DATES** |
| v. | |
| ANDREANA MICHAEL, | |
| Defendant. | |
| _____/ | |

Plaintiff Tri-Dam has filed a motion for summary judgment, currently under submission before the Court.  In consideration of the time requirements needed to evaluate and resolve this motion, the Court hereby VACATES all future dates, including the November 22, 2013 pretrial conference and the January 22, 2014 trial dates.  The Court shall schedule a trial-setting conference if necessary after an order on summary judgment has been issued.

IT IS SO ORDERED.

Dated:   November 5, 2013                              _____
                                                                                SENIOR DISTRICT JUDGE

1