# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRI-DAM**, | 1:11-cv-02183-AWI-SMS |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SUBMIT DISPOSITIONAL DOCUMENTS** |
| v. | |
| **ANDREANA MICHAEL**, | |
| Defendant. | (Doc. 51) |

On December 3, 2015, the parties filed a notice of settlement and sought sixty (60) days to consummate their settlement agreement. The following day, the Court vacated all calendared dates in the matter and ordered the parties to submit dispositional documents by February 3, 2016. On February 3, 2016, at 4:57 p.m. the parties submitted a status report and request for extension of time to file dispositional documents. The parties explained that the settlement agreement—reported to be attached to the status update but not actually attached—required Defendant to submit a new permit application to Tri-Dam by December 31, 2015. The parties agree that no permit application has been submitted.

The parties request for extension of time is GRANTED; dispositional documents must be submitted by or before April 4, 2016.

IT IS SO ORDERED.

Dated:  February 4, 2016                              _____
                                                      SENIOR DISTRICT JUDGE

1