UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREANA MICHAEL,<br><br>    Defendant. | Case No.  1:11 CV 02138 AWI SMS<br><br>**ORDER ENTERING STIPULATED NON-MONETARY JUDGMENT AGAINST DEFENDANT ANDREANA MICHAEL** |

    The parties to this action agreed to the terms of a settlement that required submission of certain permit applications by Andreana Michael ("Michael") to Tri-Dam by December 31, 2015. Declaration of Matthew Webber, Doc 53-1 ("Webber Decl.") at Exh. A. At the same time, the parties executed a stipulated judgment whereby the Tri-Dam would be permitted to file the judgment *ex parte* in the event of a breach of settlement agreement by Michael and a failure to cure within thirty (30) days. Webber Decl. at Exh. B. Michael failed submit the permit application in the time specified. Webber Decl. at Exh. C. Tri-Dam placed Michael on notice of the breach on January 14, 2016. *Id.* Michael has not cured the breach. Webber Decl. at ¶ 5. Tri-Dam now asks this court to enter the stipulated judgment. Doc. 53.

///

///

1

**JUDGMENT ON STIPULATION**

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Tri-Dam and against Defendant Andreana Micheal as follows:

1. Judgment is entered in Tri-Dam's favor, and against Michael, in accordance with the terms of the stipulation (Doc. 54). Judgment is entered in the form of a permanent injunction requiring Michael to submit applications to Tri-Dam to remove and/or modify all shoreline improvements on her Tulloch Reservoir property at or below the 515-foot elevation contour that do not comply with a Tri-Dam permit, including a dock, canopy and retaining wall. Within 60 days after obtaining approvals from all appropriate agencies, including Tri-Dam, Michael will remove and/or modify, pursuant to all applicable permits, all shoreline improvements on her Tulloch Reservoir property at or below the 515-foot elevation contour that do not comply with a Tri-Dam permit, including the dock, canopy and retaining wall;

2. Tri-Dam is adjudged the prevailing party in this action;

3. The Court will exercise continuing jurisdiction over this matter until the terms of this judgment are fully performed;

4. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  February 16, 2016

_____
SENIOR DISTRICT JUDGE